IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

**Reba Denise Johnson-Gaines**

Debtor.

Case No. 16-13584-JDL
Chapter 13

**TRUSTEE'S OBJECTION TO CLAIM NUMBER 5 WITH NOTICE OF
OPPORTUNITY FOR HEARING COMBINED WITH NOTICE OF HEARING**

COMES NOW, John Hardeman, Chapter 13 Trustee ("Trustee"), and pursuant to 11 U.S.C. Section 502, Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure, and Local Rule 3007-1, objects to Claim Number 5 filed by UNITED CONSUMER FINANCIAL SERV in the amount of $1,416.31 based on the following:

The Claim of UNITED CONSUMER FINANCIAL SERV was not provided to be paid through the Chapter 13 Plan. As a result, the Claim may not be paid by the Trustee and should be disallowed solely for the reason that it was not provided for by the Plan.

WHEREFORE, the Trustee respectfully requests that Claim Number 5 filed by UNITED CONSUMER FINANCIAL SERV in the amount of $1,416.31 be disallowed in its entirety solely for the reason that it is not provided to be paid through the Plan.

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected.  You should read this document carefully and consult your attorney about your rights and the effect of this document.**  If you do not want the Court to sustain the objection, or you wish to have your views considered, you must file a written response to the objection with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 14 days from date of filing of the objection. You should also serve a file-stamped copy of the response to the undersigned (and others who are required to be serviced) and file a certificate of service with the Court. If no response is timely filed, the Court may sustain the objection and strike the scheduled hearing without further notice pursuant to Local Rule 9013-1.E.

## NOTICE OF HEARING
## (TO BE HELD IF A RESPONSE IS FILED)

Notice is hereby given that if a response to the Trustee's Objection to Claim is filed, the hearing on the matter shall be held on March 21, 2017, at 9:45 a.m., in the Second Floor Courtroom of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102.  If no response is timely filed and the Court grants the requested relief prior to the above-referenced hearing date, the hearing will be stricken from the docket of the Court.

        Respectfully Submitted,

        s/John Hardeman
        _____
        John Hardeman, Trustee
        321 Dean A. McGee Avenue
        PO Box 1948
        Oklahoma City, OK 73101
        13trustee@chp13okc.com
        Tel:  (405) 236-4843
        Fax: (405) 236-1004

## CERTIFICATE OF MAILING

This is to certify that on the February 02, 2017, a true and correct copy of the foregoing document was served by U.S. Mail, first class, postage prepaid, on the following:

| | |
|---|---|
| Reba Denise Johnson-Gaines<br>4709 SE 50th<br>Oklahoma City, OK 73135 | UNITED CONSUMER FINANCIAL SERV<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL ROAD STE 200<br>TUCSON, AZ 85712 |

        s/John Hardeman
        _____
        John Hardeman, Trustee

        sm